UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ANGEL TORRES.

_____

ANGEL TORRES,

          Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

          Respondent,

DWIGHT NEVEN, Warden and ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA,

          Real Parties in Interest.

No. 17-72739

D.C. No. 2:16-cv-00443-GMN-CWH
District of Nevada,
Las Vegas

ORDER

Before: TASHIMA, PAEZ, and IKUTA, Circuit Judges.

    The petition for a writ of mandamus is denied without prejudice to the filing of a new petition if the district court has not acted on the pending motion to dismiss within 90 days.

    The motion to proceed informa pauperis is denied as moot (Docket Entry No. 2). No further filings will be entertained in this closed case.

AT/MOATT

The Clerk shall serve this order on the district court.

**DENIED.**