UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGEL TORRES,<br><br>                      Petitioner,<br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>                      Respondents. | Case No. 2:16-cv-00443-GMN-CWH<br><br>ORDER |

The respondents' motion for an extension of time (ECF No. 25) is GRANTED. Respondents shall have up to and including February 21, 2018, within which to file an answer to the petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS __18__ day of __January__, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1