UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGEL TORRES, | Case No. 2:16-cv-00443-GMN-CWH |
| Petitioner, | |
| v. | ORDER |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 28) is GRANTED. Petitioner shall have up to and including May 23, 2018, within which to file a reply to the respondents' answer to the petition in this case.

IT IS SO ORDERED.

DATED THIS __26__ day of __March__, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1