UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGEL TORRES,<br><br>                Petitioner,<br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>                Respondents. | Case No. 2:16-cv-00443-GMN-CWH<br><br>ORDER |

Petitioner's unopposed third motion for an extension of time (ECF No. 54) is GRANTED. Petitioner shall have up to and including January 18, 2019, within which to file a reply to the respondents' answer to the petition in this case. Should petitioner fail to file a reply by that time, the matter will stand submitted.

IT IS SO ORDERED.

DATED THIS __6__ day of __December__, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1