UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGEL TORRES,<br><br>                Petitioner,<br>   v.<br>DWIGHT NEVEN, et al.,<br><br>                Respondents. | Case No. 2:16-cv-00443-GMN-CWH<br><br>ORDER |

On December 13, 2018, the Court received from petitioner a reply to respondents' response to petitioner's unopposed third motion for an extension of time (ECF No. 57), which motion the Court has already granted. However, in the reply petitioner asks for an additional fifteen days to prepare his reply. Good cause appearing, petitioner shall have until February 4, 2019, within which to file a reply to the respondents' answer to the petition in this case. Should petitioner fail to file a reply by that time, the matter will stand submitted.

IT IS SO ORDERED.

DATED THIS  18  day of  December , 2018.

                                              GLORIA M. NAVARRO<br>                                              UNITED STATES DISTRICT JUDGE

1