UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGEL TORRES,<br><br>　　　　　　　　　Petitioner,<br>v.<br>DWIGHT NEVEN, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:16-cv-00443-GMN-CWH<br><br>ORDER |

This *pro se* habeas matter comes before the Court on petitioner's emergency motion to withdraw his petition and for a copy of Docket #30 and all its attachments (ECF No. 59). If respondents object to the voluntary dismissal of the petition, they shall file their opposition with ten days of the date of this order. The Court will not consider petitioner's motion to withdraw until respondents have had an opportunity to respond.

However, good cause appearing, petitioner's request for a copy of his motion for leave to file a second amended petition and all its attachments is GRANTED. The Clerk of Court shall therefore send petitioner a copy of Docket #30 and all its attachments (ECF Nos. 30, 30-1, 30-2, 30-3 & 30-4) forthwith.

IT IS SO ORDERED.

DATED THIS  12  day of  January , 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1